IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUFINO A. TONY VILLARREAL, | ) | 8:07CV399 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LORIN GALVIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis. (Filing No. 2.) Upon review of Plaintiff's application, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: December 15, 2007: deadline for completion of initial review. The Clerk of the court is also directed to terminate the pro se first assessment deadline in this matter.

November 29, 2007.                BY THE COURT:


                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge